## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 32-SC-15-0058

FILED
2015 FEB 10 PM 3:36
JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

**Plaintiff(s):** David E. Mack
**Address:** 7720 McCallum Blvd. #2099
Dallas, Texas, 75252, 972-735-9642
City / State / Zip / Phone

IN THE JUSTICE COURT

JUSTICE OF THE PEACE
PRECINCT 3-2

VS.

**Defendant(s):** Midland Credit Management, Inc.
**Address:** 8875 Aero Drive, Suite 200
San Diego, CA, 92123, 800-825-8131
City / State / Zip / Phone

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is: *Plaintiff received a call on his wireless phone on January 16, 2014 at 9:55 AM from the Defendant who used ATDS capable equipment to call his wireless phone number 682-5601675 from 877-237-0512 without Plaintiff's express consent to do so in violation of Texas Business and Commerce Code Ann. § 305.053*

**RELIEF:** Plaintiff seeks damages in the amount of $ 1500, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: *all costs of this action inclduing but not limited to, any attorney's fees*

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
*Corporation Service Company d/b/a/ CSC-Lawyers Incorporating Service Company, 211 E. 7th St.*

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

David E. Mack
Petitioner's Printed Name

[Signature]
Signature of Plaintiff or Attorney

7720 McCallum Blvd. #2099
Address of Plaintiff or Attorney
Dallas, Texas, 75252
City / State / Zip
972-735-9642
Phone Number/Fax Number

**Defendant's Information (If known):**
Date of Birth: _____
Last 3 Numbers of Driver's License: _____
Last 3 Numbers of SSN: _____
Defendant's Phone Number: 800-825-8131